**Opinion filed July 23, 2009**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-09-00102-CR & 11-09-00104-CR

_____

## RACHEL OLSON, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 396th District Court**

**Tarrant County, Texas**

**Trial Court Cause Nos. 1081759D & 1092358D**

### M E M O R A N D U M   O P I N I O N

Rachel Olson has filed in this court motions to dismiss each of her appeals. The motions are signed by both appellant and her attorney. The motions are granted, and the appeals are dismissed.

PER CURIAM

July 23, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.